MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KYLE F. WALDINGER (CABN 298752)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6830
    FAX: (415) 436-7234
    Kyle.Waldinger@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 93-00408 EXE |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| GWEI WAY KIAT, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice

///
///
///
///
///
///
///
///

NOTICE OF DISMISSAL (CR 93-00408 EXE)

1 | and moves that the Court quash all arrest warrants issued in connection with the indictment in this case.

DATED: 2/18/2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

*/s/ David R. Callaway*

DAVID R. CALLAWAY
Chief, Criminal Division

Leave is granted to the government to dismiss the indictment. It is further ordered that the arrest warrants issued in connection with the Indictment are quashed.

Date: 2/20/15

HON. EDWARD M. CHEN
United States District Judge

cc: Kyle Waldinger

NOTICE OF DISMISSAL (CR 93-00408 EXE)